Wm. Kelly Olson, OSB No. 742393
Email: kolson@mls-law.com
Scott Meyer, OSB No. 814620
Email: smeyer@mls-law.com
Mitchell, Lang & Smith
2000 One Main Place
101 S.W. Main Street
Portland, Oregon 97204-3230
Phone: (503) 221-1011
Fax: (503) 248-0732
Of Attorneys for Defendant Cascade Grain Products, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ECO-ENERGY, INC., a Tennessee corporation,** | Case No. 3:10-cv-01441-BR |
| Plaintiff(s), | **STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS** |
| v. | |
| **CASCADE GRAIN PRODUCTS, LLC, An Oregon limited liability company,** | |
| Defendant(s). | |

The parties stipulate and agree that the plaintiff's claims against defendant are dismissed with prejudice and with each party bearing its own fees and costs. This stipulation of dismissal is made pursuant to FRCP 41(a)(1)(A)(ii) and applies to all plaintiff's claims asserted against defendant in this action. It shall have no effect on any claims asserted by Eco-Energy, Inc. against defendant in defendant's bankruptcy case pending in the United States Bankruptcy Court for the District of Oregon, Case No. 09-30508, to the extent such claims were not removed to this action.

Page 1 - STIPULATION AND ORDER OF DISMISSAL PURSUANT TO
FED.R.CIV.P. 41(A)(1)(A)(II) OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732

Based on the stipulation,

IT IS SO ORDERED.

Dated: _June 4, 2012_

_____
Judge Anna J. Brown

IT IS SO STIPULATED:

GORDON & REES, LLP

By: /s/ Ryan Foltz_____ Date: 06/05/2012_____
      Ryan Foltz, _admitted Pro Hac Vice_
      _Attorney for Plaintiff_

MITCHELL, LANG & SMITH

By: /s/ Scott Meyer_____ Date: 06/05/2012_____
      Scott Meyer, OSB No. 814620
      _Attorney for Cascade Grain Products, LLC_

Page 2 – STIPULATION AND ORDER OF DISMISSAL PURSUANT TO
FED.R.CIV.P. 41(A)(1)(A)(II) OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS

MITCHELL, LANG & SMITH
ATTORNEYS AT LAW
2000 ONE MAIN PLACE
101 S.W. MAIN STREET
PORTLAND, OREGON 97204-3230
TELEPHONE (503) 221-1011
FAX (503) 248-0732